# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  : No. 365 WAL 2018
                               :
            Respondent         :
                               :
                               : Petition for Allowance of Appeal from
                               : the Order of the Superior Court
       v.                      :
                               :
                               :
KEITH JOHNSON,                 :
                               :
            Petitioner         :

## ORDER

**PER CURIAM**

 **AND NOW**, this 17th day of June, 2019, the Petition for Allowance of Appeal is

**DENIED**.

 Justices Donohue and Wecht dissent and would Grant the petition, Vacate

the order, and Remand the case consistent with this Court's decision in

Commonwealth v. Machiote, 206 A 3d 1110 (Pa 2019).